# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISHNAN R THONDUKOLAM, ET AL.,** | CASE NO. 19-cv-03857-YGR |
| Plaintiffs, | |
| vs. | **ORDER DENYING REQUEST TO EXTEND BRIEFING SCHEDULE** |
| **CORTEVA, INC., ET AL.,** | Re: Dkt. No. 46 |
| Defendants. | |

The Court is in receipt of the parties' joint stipulation extending the briefing schedule. (Dkt. No. 46.) The Court **DENIES** without prejudice the request to enlarge the briefing schedule. The pending motion was filed on November 8, 2019. (Dkt. No. 48.) Under the parties' proposal, briefing would not be complete for 90 days rather than the normal 21 days. Not even a minimal showing has been made for the request. Accordingly, the request is denied.

**IT IS SO ORDERED.**

Dated: November 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**