# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISHNAN R THONDUKOLAM, ET AL.,** Plaintiffs, vs. **CORTEVA, INC., ET AL.,** Defendants. | CASE NO. 19-cv-03857-YGR **ORDER DENYING MOTION TO TRANSFER VENUE TO THE DISTRICT OF DELAWARE** Re: Dkt. No. 33 |

On October 11, 2019, defendants filed a motion to transfer this case to the United States District Court for the District of Delaware. (Dkt. No. 33.) Plaintiffs filed an opposition thereto on November 11, 2019, after which defendants filed a reply brief. (Dkt. Nos. 42, 47.)

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on December 3, 2019, the Court **DENIES** defendants' motion to transfer.

This Order terminates Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**