1
2
3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5
6

| | |
|---|---|
| **KRISHNAN R THONDUKOLAM, ET AL.,** | CASE NO.  19-cv-03857-YGR |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS** |
| **CORTEVA, INC., ET AL.,** | Re: Dkt. No. 60 |
| Defendants. | |

7
8
9
10
11

The Court has received Rebecca D. Gilliland's unopposed motion to withdraw as attorney

12

for plaintiffs.  (Dkt. No. 60.)  Having carefully considered the motion, the fact that plaintiffs

13

continue to be represented by counsel, and good cause appearing therefore, the Court **GRANTS**

14

counsel's motion to withdraw.

15

This Order terminates Docket Number 60.

16

**IT IS SO ORDERED.**

17
18

Dated: July 14, 2020

_____
 **YVONNE GONZALEZ ROGERS**
 **UNITED STATES DISTRICT COURT JUDGE**

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California